UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED

MAR 03 2011

David J. Bradley, Clerk of Court

Case No. 0535732

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to move the Court to enter an order directing payment of unclaimed funds now on deposit in the Registry of the United States Bankruptcy Court. Claimant is a creditor in the above captioned bankruptcy case and on whose behalf funds were deposited. I have the right to said funds.

| | |
|---|---|
| Name of Claimant: | CMD Realty Investment Fund III, L.P. |
| Mailing address: | 303 West Madison Street<br>Suite 1900<br>Chicago, IL 60606 |
| Telephone Number: | 312-419-9500 |
| Tax ID Number: | 36-4116416 |
| Amount of Claim: | $1,532.00<br>3,225.63<br>3,225.63 |

Claimant certifies under penalty perjury that all statements made by Claimant on this motion and any attachments required for this Motion is, to the best of Claimant's knowledge, true and correct.

*Randall Highley* (signature)

Randall Highley
Vice President
CMD REIM III, Inc.
General partner of
CMD/Fund III Investments, L.P.
General partner of
CMD Realty Investment Fund III, L.P.

**F. H. Prince LLC**
**303 West Madison Street**
**Suite 1900**
**Chicago, IL 60606**

United States Courts
Southern District of Texas
FILED

MAR 03 2011

David J. Bradley, Clerk of Court

**Randall Highley**
**Chief Operating Officer**

312-419-1275
rhighley@f-h-prince.com

February 28, 2011

United States Bankruptcy Court
Southern District of Texas
PO Box 61010
Houston, TX 77208

Encloses is a Motion for Payment of Unclaimed Funds returned by William E. Heitkamp Chapter 13 Trustee to the Court.

Very truly yours,

Randall Highley